# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Sherie Robinson

                        Plaintiff,

v.                                                   Case No.: 1:12–cv–07133

                                                      Honorable Milton I. Shadur

RSB Equity Group, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 12, 2012:

      MINUTE entry before Honorable Milton I. Shadur:Enter Memorandum Order. Accordingly everything in the Complaint following Complaint paragraph 19 is stricken sua sponte, with leave granted of course to file an appropriate amendment to the Complaint on or before September 24, 2012 to cure the flaw identified here. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.