# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sherie Robinson,<br><br>    Plaintiff,<br><br>v.<br><br>RSB Equity Group, LLC,<br><br>    Defendant. | Case No. 1:12-cv-07133<br><br><br>AFFIDAVIT IN SUPPORT OF<br>PLAINTIFF'S MOTION FOR<br>DEFAULT JUDGMENT |

STATE OF ILLINOIS       )
                        ) ss
COUNTY OF COOK          )

Now comes Sherie Robinson, being duly sworn, and for her Affidavit states the following:

1. On April 23, 2009, I filed a voluntary bankruptcy petition and received a bankruptcy discharge on August 11, 2009.

2. In May 2012, I receive a voicemail from Defendant stating that if I did not return the call, Defendant would file a lawsuit against me, and contact my employer. When I returned Defendant's message, I learned that defendant was collecting on a pay day loan that I took out in 2007, which was included in my 2009 bankruptcy. I notified Defendant that I had filed bankruptcy in 2009 and that the debt was discharged but the collector did not seem to care. He just wanted money.

3. I thought my bankruptcy had erased the 2007 debt, and I did not understand why Defendant was trying to collect it. I was concerned that Defendant would threaten to file a lawsuit against me and contact my job without talking to me first – over a debt that did not exist.

4. The situation made no sense to me but I could not afford to defend myself in court, or have my job put in jeopardy. I became preoccupied and withdrawn. I started having trouble sleeping and did not feel much like eating. Eventually, I talked to my bankruptcy attorney about Defendant and I learned that what Defendant did was illegal.

The undersigned certifies, under penalty of perjury, that the statements set forth in this instrument are true and correct, except as to matters stated to be on information and belief, and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

*Sherie Robinson*
Sheri Robinson

Sworn to and subscribed before me this 21st day of November 2012.

*[signature]*
Notary

OFFICIAL SEAL
STEVE COHEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/23/16