# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Sherie Robinson

        Plaintiff,

v.              Case No.: 1:12–cv–07133

                Honorable Milton I. Shadur

RSB Equity Group, LLC

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 29, 2012:

   MINUTE entry before Honorable Milton I. Shadur:Motion for default judgment [11] is granted. Motion for attorney fees [13] is granted. Final judgment is entered in favor of the Plaintiff and against the defendant in the total sum of $24,065.00. The judgment is comprised of $18,000 in damages, $5460 in attorneys fees and $605 in costs and expenses. Status hearing held on 11/29/2012; Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.